AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| VAILE BOLEYN o/b/o SUZANNE STRAGA <br> *Plaintiff* <br> v. <br> COMMISSIONER OF SOCIAL SECURITY <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:16-CV-3154-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment is GRANTED. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mendoza on a motion for Summary Judgment in favor of Plaintiff.

Date: August 1, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Renea Grogan
*(By) Deputy Clerk*

Renea Grogan